**South Halsted Street Iron Works, appellee, v. Western Iron Company et al., on appeal of First Church of Christ, Scientist, of Oak Park, Illinois, appellant. Gen. No. 25,108.**

Bill to foreclose lien for materials furnished and work done. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed April 30, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Walter H. Eckert and Warren B. Buckley, for appellant; Charles S. Graves, of counsel. William S. Corbin and Edmund W. Froehlich, for appellee; William S. Corbin, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Martin K. Northam, appellee, v. Chicago Steel Car Company, appellant. Gen. No. 25,129.**

Assumpsit to recover commissions earned by procuring a purchaser. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed April 30, 1920.

Fyffe, Ryner & Dale, for appellant. Cavender & Kaiser and A. D. Ranstead, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Edmund S. Cummings, appellant, v. Ward B. Sawyer, appellee. Gen. No. 25,142.**

Action to recover rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed April 30, 1920.

Frederick W. Snider, for appellant. Vent & Warfield, for appellee; Thomas G. Vent, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Albert Pavlak, plaintiff in error. Gen. No. 25,291.**

Charge of larceny. Plea of guilty and judgment thereon. Error to the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed April 30, 1920.

William R. Fetzer, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.